UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*et al.*, *ex rel.* PAUL NEE,<br><br>    Plaintiffs,<br><br>v.<br><br>BIOGEN INC., *et al.*,<br><br>    Defendants. | No. 17cv10192-FDS<br>**FILED UNDER SEAL** |

## UNITED STATES' NOTICE OF INTERVENTION IN PART FOR SETTLEMENT PURPOSES ONLY AND DECLINATION IN PART

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the court of its decision to intervene in part of this action, solely for purposes of settlement, and to decline to intervene in part of this action. The United States intervenes for purposes of settlement in this action as to defendants Biogen Inc., and Advanced Care Scripts, Inc. The United States has reached settlements with Biogen, Inc. and Advanced Care Scripts, Inc. and the United States and relator expect to file a Joint Stipulation of Dismissal in this action within ten days of the effective date of the settlement agreements. The United States declines to intervene in this action as to all other defendants.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id*. Therefore, the United States requests that, should either the relator or the defendant propose that the part of the action in which the United

1

States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Lastly, consistent with the Court's December 16 Order, the United States respectfully requests that the relator's Amended Complaint, this Notice, and all pleadings filed thereafter be unsealed.  The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.

Dated:  December 17, 2020

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

JAMIE ANN YAVELBERG
AUGUSTINE MARTIN RIPA
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-2073

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

/s/ Evan D. Panich
ABRAHAM R. GEORGE
GREGG SHAPIRO
EVAN PANICH
Assistant United States Attorneys
Courthouse Way, Ste. 9200
Boston, MA 02210
Phone: (617) 748-3100
abraham.george@usdoj.gov
gregg.shapiro@usdoj.gov
evan.panich@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on the following counsel for relator, by electronic mail on the below date.

Nancy Gertner
William W. Fick
Daniel N. Marx
FICK & MARX LLP
100 Franklin Street, 7th Floor
Boston, MA 02110

Reuben A. Guttman
Traci L. Buschner
Elizabeth H. Shofner
Guttman, Buschner & Brooks PLLC
2000 P. Street, N.W., Suite 300
Washington, DC 20036

Dated: December 17, 2020   By:   /s/ Evan D. Panich
ABRAHAM R. GEORGE
Assistant U.S. Attorney