## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* PAUL NEE, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 17cv10192-FDS **FILED UNDER SEAL** |
| v. | ) ) | |
| BIOGEN, INC., *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and relator Paul Nee (the "Relator") filed a Joint Stipulation of Dismissal.  Upon due consideration,

IT IS HEREBY ORDERED that:

Consistent with, and subject to, the terms of the settlement agreement that the United States, the Relator, and Biogen entered into on December 16, 2020, (the "Biogen Settlement Agreement"); and the settlement agreement that the United States, ACS, and the Relator entered into on December 16, 2020, (the "ACS Settlement Agreement"), (1) all claims asserted on behalf of the United States against Biogen in this action concerning the Covered Conduct as defined in Paragraph E of the Biogen Settlement Agreement and all claims asserted on behalf of the United States against ACS in this action concerning the Covered Conduct as defined in paragraph E of the ACS Settlement Agreement, shall be dismissed with prejudice, and (2) all remaining claims asserted against Biogen and ACS in this action shall be dismissed with prejudice to the Relator and without prejudice to the United States and the other government plaintiffs; provided,

1

however, that this Court shall retain jurisdiction as to Relator's claim against Biogen for

reasonable expenses, attorney's fees, and costs under 31 U.S.C. § 3730(d).

       All claims as to any remaining defendant shall be dismissed without prejudice.


Dated:    1/7/2021                      /s/ F. Dennis Saylor IV
                                                F. DENNIS SAYLOR IV
                                                CHIEF UNITED STATES DISTRICT JUDGE