UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*<br>*Plaintiffs*,<br><br>*ex rel.*<br><br>PAUL NEE,<br>*Plaintiff-Relator*,<br><br>v.<br><br>BIOGEN, INC., *et al.*<br>*Defendants*. | No. 17-cv-10192-FDS |

**PLAINTIFF-RELATOR'S ASSENTED-TO MOTION TO SET BRIEFING SCHEDULE FOR HIS PETITION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO FRCP 54(d) AND 31 U.S.C. § 3730(d)**

Plaintiff-Relator Paul Nee ("Relator"), with the assent of Defendant Biogen Inc.,[1] respectfully moves this Court for an Order setting a briefing schedule for his fee petition, to be filed pursuant to Federal Rule of Civil Procedure 54(d)(2) and 31 U.S.C. § 3730(d), in relation to fees and costs he incurred in prosecuting his *qui tam* case under the False Claims Act, 31 U.S.C. §3729 *et seq*. ("FCA"). There is good cause to enter the attached Order setting a briefing schedule for the following reasons.

---

[1] Relator has settled his claims for attorneys' fees and costs against Advanced Care Scripts, Inc. ("ACS"), the other defendant involved in a Settlement in this case. The remaining defendants named in Relator's Amended Complaint, not included in the Settlement, were voluntarily dismissed.

## BACKGROUND

1. Relator filed the instant *qui tam* case on February 3, 2017, which alleged that several defendants, including Defendant Biogen, submitted or caused to be submitted false claims to the federal and several state governments for payment for some of its pharmaceutical drugs in violation of the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b(b).

2. The Boston U.S. Attorney's Office investigated Relator's claims for more than three years, resulting in Settlement Agreements with Defendants Biogen and ACS on or about December 16, 2020.

3. During its investigation, the U.S. Attorney's Office secured documents from both Defendants Biogen and ACS through Civil Investigative Demands ("CIDS") and took depositions of key managers and personnel of both companies.

4. As a former manager at Biogen who assisted with various aspects of Biogen's kickback scheme, Relator was invaluable to the government's investigation and settlement. So too were his lawyers, experienced False Claims Act attorneys who assisted the government at every turn in the investigation and settlement of the case through document review, drafting legal memoranda, and assistance with preparation for numerous depositions and settlement discussions, among other activities.

5. A Joint Stipulation of Dismissal in this case (Dkt. No. 48), which was entered by this Court on January 7, 2021 (Dkt. No. 49), specifically reserved this Court's jurisdiction to adjudicate any fee dispute with regard to Defendant Biogen.

6. As noted above, the other Defendants involved in this case have been dismissed, leaving the matter of fees, vis-à-vis Defendant Biogen, the last remaining issue for this Court.

7. Relator and Defendant Biogen have been engaged in settlement discussions since

the late summer of 2020 but have not yet resolved the matter. While the parties continue good faith efforts to resolve the fees issue, they recognize that they may not be able to do so absent Court intervention.

8.      Under Federal Rule of Civil Procedure 54(d)(2)(B)(i), a party has fourteen days from entry of judgment to file his fee petition "[u]nless a statute or a court order provides otherwise." Relator's fee petition is currently due January 21, 2021.

## ARGUMENT

9.      For good cause, Relator requests that the Court enter a briefing schedule for his fee petition that will allow the parties additional time to seek to resolve the matter without involving the Court or incurring the additional costs of briefing. Relator's counsel has conferred with counsel for Biogen, who assent to the briefing schedule proposed below. Accordingly, Relator requests that a briefing schedule be set by the Court as follows:

(1) Relator's Opening Brief due: February 22, 2021.

(2) Defendant's Opposition Brief due: March 22, 2021.

(3) Relator's Reply, if any, due: April 2, 2021.

(4) Defendant's Surreply, if any, due: April 12, 2021.

## CONCLUSION

For the foregoing reasons, Relator respectfully requests that the Court issue the briefing schedule proposed above.

Dated: January 20, 2021                    Respectfully submitted,

**FICK & MARX LLP**

/s/  William W. Fick
Nancy Gertner (BBO# 190140)
William W. Fick (BBO# 650562)
Daniel N. Marx (BBO# 674523)
24 Federal Street, 4th Floor
Boston, MA 02110
wfick@fickmarx.com
dmarx@fickmarx.com
ngertner@fickmarx.com


**GUTTMAN, BUSCHNER & BROOKS PLLC**
Reuben A. Guttman*
Traci L. Buschner*
Elizabeth H. Shofner*
2000 P Street, N.W., Suite 300
Washington, DC 20036
Tel: 202-800-3000
Fax: 202-827-0041
rguttman@gbblegal.com
tbuschner@gbblegal.com
lshofner@gbblegal.com

Justin S. Brooks*
1515 Locust Street, Suite 501
Philadelphia, PA 19102
Tel: 302-327-9210
Fax: 202-827-0041
jbrooks@gbblegal.com

*Attorneys for Relator Paul Nee*

*Pro Hac Vice*

4

**Local Rule 7.1(a)(2) Certificate**

The undersigned counsel hereby certifies that counsel for the Plaintiff-Relator in good faith sought to confer with counsel for the Defendants in an effort to narrow or resolve the issues raised by this motion.

/s/  Nancy Gertner
Nancy Gertner

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 20, 2021.

/s/  William W. Fick
William W. Fick